IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TED M. MICHALAK, d/b/a )<br>WESTLAND SHOPPING MALL and )<br>DOCTOR'S ASSOCIATES, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE No. 5:19-cv-463 |

**UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

COMES NOW the Plaintiff, Theresa Maguire ("Plaintiff"), by and through the undersigned counsel, and hereby files this Unopposed Motion to Dismiss Complaint with Prejudice.

Respectfully submitted this 7th day of October, 2019.

                              Respectfully submitted,

                              **KURZ LAW GROUP, LLC**
                              1640 Powers Ferry Road, SE, Suite 17-200
                              Marietta, GA 30067
                              www.kurzlawgroup.com
                              (404) 805-2494 Telephone
                              (770) 428-5356 Facsimile

                              By:  */s/ Dennis R. Kurz*
                                    Dennis R. Kurz
                                    Texas State Bar No. 24068183
                                    dennis@kurzlawgroup.com
                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 7th day of October, 2019, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Richard L. Ellison
THE LAW FIRM OF RICHARD L. ELLISON, PC
500 Main Street, Suite J
Kerrville, TX 78028
*Attorney for Defendant,*
*Ted M. Michalik d/b/a*
*Westland Shopping Mall*

John D. Garrett
BOWMAN & BROOKE, LLP
2901 Via Fortune Drive, Suite 500
Austin, TX 78746
*Attorney for Defendant,*
*Doctors Associates, LLC*

              */s/ Dennis R. Kurz*
              Dennis R. Kurz