IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TERESA MAGUIRE | ) | 5:19-CV-00463-DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TED M. MICHALAK, d/b/a | ) | |
| WESTLAND SHOPPING MALL; and | ) | |
| DOCTOR'S ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE

On October 7, 2019, Plaintiff Theresa Maguire filed an unopposed Motion to Dismiss Complaint with Prejudice. (Dkt. # 13.) In light of the foregoing, the Court **GRANTS** Plaintiff's Motion and hereby **DISMISSES WITH PREJUDICE** the instant action, with each party to bear its own costs, fees, and expenses. The Clerk's Office is instructed to **CLOSE CASE**.

IT IS SO ORDERED.

DATED: San Antonio, Texas, October 7, 2019.

_____
David Alan Ezra
Senior United States Distict Judge